**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 29 2007
U.S. COURT OF FEDERAL CLAIMS

ARINC ENGINEERING SERVICES, LLC )
Plaintiff, )
- v - ) No.: 07-73 C
UNITED STATES OF AMERICA )
Defendant )

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to the U.S. Court of Federal Claims Rules of Procedure, ARINC Engineering Services, LLC ("ARINC"), by counsel, respectfully applies to this Court for entry of a preliminary injunction to enjoin the Defendant, its officers, agents and employees, and all other persons in active concert or participation with them, from proceeding with any activities relating to the performance or administration of a contract arising from Solicitation No. W91260-06-R-0005, Concepts and Operations for Space and Missile Defense Integration Capabilities (COSMIC), issued by the defendant United States of America, acting by and through the United States Department of the Army, Army Space and Missile Defense Command / Army Forces Strategic Command ("the Army," "the Agency," or "Government").

In support of this motion, the plaintiff has submitted with this motion a memorandum in support thereof.

Respectfully submitted,

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 (ex. 22) - Telephone
(703) 448-3336 - Facsimile
Attorney of Record
Counsel for ARINC Engineering Services, LLC

Of Counsel:

J. Patrick McMahon
BARTON, BAKER, McMAHON
& TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: January 29, 2007