ORIGINAL

FILED
JAN 29 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>- v -<br><br>UNITED STATES OF AMERICA<br><br>Defendant | ) 07- 73 C<br>) No.: |

**Rule 7.1 Disclosure Statement**

Pursuant to Court of Federal Claims Rule 7.1, counsel states to this court that the parent company of plaintiff ARINC Engineering Services, LLC, is ARINC, Inc., which not a publicly traded corporation. The following publicly traded corporations own 10% or more of ARINC, Inc.: American Airlines, United Airlines, and Delta Airlines.

Respectfully submitted,

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 (ex. 22) - Telephone
(703) 448-3336 - Facsimile
Attorney of Record