IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARINC ENGINEERING SERVICES, LLC | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-073<br>(Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Michael J. Dierberg as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Telephone: (202) 353-0536
Fax: (202) 305-7643

January 30, 2007