**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br>*Plaintiff,*<br>v.<br>UNITED STATES,<br>*Defendant,*<br>BAE Systems Analytical Solutions, Inc.,<br>*Interested Party* | Case No. 07-73C<br>(Judge Allegra) |

**AWARDEE's MOTION TO INTERVENE AS OF RIGHT**

BAE Systems Analytical Solutions, Inc. ("BAE Systems") respectfully moves this Court, pursuant to Rule of the Court of Federal Claims 24(a), for permission to intervene as of right in this case as a defendant.

BAE Systems is the awardee of a contract awarded under Solicitation Number W91260-06-R-0005, which is the subject of this action. Granting the preliminary injunction and declaratory relief requested by Plaintiff would impair BAE Systems from continuing performance of the contract and lead to substantial harm. Accordingly, BAE Systems has a clear interest in the subject matter of this action and its interests are not adequately represented by the existing parties.

Thus, for these reasons as well as the additional reasons stated in the attached Memorandum of Points and Authorities, the Court should grant BAE Systems' Motion and allow BAE Systems to intervene as of right in this case as a party defendant.

Dated: January 31, 2007

Respectfully submitted,

s/ Drew Harker

Drew A. Harker
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5022
Fax: (202) 942-5999

*Attorney of Record for BAE Systems Analytical Solutions, Inc.*

*Of Counsel:*

Matthew H. Solomson
Jill R. Newell*
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999
*Admitted only in Virginia; practicing law in the District of Columbia pending approval of application for admission to the D.C. Bar and under the supervision of principals of the firm who are members in good standing of the D.C. Bar.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing *Awardee's Motion To Intervene As of Right,* and the *Memorandum of Points and Authorities in Support of Awardee's Motion to Intervene as of Right,* to be served this 31st day of January, 2007, by electronic mail on the following:

William T. Welch, Esq.
BARTON, BAKER, McMAHON &
TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
Tel: (703) 448-1810 (ex. 22)
Fax: (703) 448-3336

*Counsel for Plaintiff*

Michael Dierberg, Esq.
U.S. DEPARTMENT OF JUSTICE
Civil Litigation Division
Commercial Litigation Branch
1100 L Street, N.W.
Washington, D.C. 20530

*Counsel for Defendant*

s/ Jill Newell
Jill R. Newell