# In The United States Court of Federal Claims

No. 07-73C

(Filed: January 31, 2007)

---

ARINC ENGINEERING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

Defendant-Intervenor.

---

**ORDER**

---

Today, January 31, 2007, a preliminary conference was held in this case. Participating in the conference were William T. Welch, for plaintiff, Michael Dierberg, for defendant, and Drew A. Harker for defendant-intervenor. Based on discussions during the conference, it was agreed that:

1. On or before February 2, 2007, the parties shall jointly file a protective order.

2. On or before February 7, 2007, defendant shall file the administrative record on a CD-ROM.

3. On or before February 9, 2007, if necessary, plaintiff shall refile its motion to supplement the administrative record and include any discovery requests.

4. On or before February 13, 2007, defendant shall file its response to plaintiff's motion to supplement the administrative record.

5. On or before February 21, 2007, plaintiff shall file its opening brief for judgement on the administrative record.

6. On or before March 2, 2007, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

7. On or before March 5, 2007, defendant-intervenor shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

9. On or before March 12, 2007, plaintiff shall file its reply in support of its motion for judgment on the administrative record and response to defendant's motion.

10. On or before March 15, 2007, defendant shall file its reply in support of its motion for judgment on the administrative record.

11. On or before March 16, 2007, defendant-intervenor shall file its reply in support of its cross-motion for judgment on the administrative record.

12. On March 21, 2007 at 10:00 a.m. (EST), the court will hold oral argument on the parties' motions for judgment on the adminstrative record at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of argument.

13. Defendant shall not be required to file a response to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge