IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,<br><br>Defendant-Intervenor | No. 07-073<br>(Judge Allegra) |

NOTICE OF MANUAL FILING

Pursuant to the Court's order dated January 31, 2007, defendant, the United States, has manually filed the administrative record utilizing CD-ROM.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

/s/ Franklin E. White, Jr., by Harold D. Lester, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

Attorneys for Defendant

Of Counsel:

LTC FRANK A. MARCH
Department of the Army
Contract Appeals Division, Team I
Attn: JALS-KFLD
901 North Stuart Street, Suite 500
Arlington, VA 22203-1837

February 7, 2007