# In the United States Court of Federal Claims

**07-73C**

**Filed: February 7, 2007**

**ARINC ENGINEERING SERVICES, LLC.,**

**v.**

**THE UNITED STATES**

**ADMINISTRATIVE RECORD**
**(filed in CD ROM Format)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.