# In The United States Court of Federal Claims

No. 07-73C

(Filed: February 12, 2007)

ARINC ENGINEERING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

Defendant-Intervenor.

**ORDER**

On February 9, 2007, plaintiff filed a motion to supplement the administrative record. On or before Tuesday, February 13, 2007, at noon (12:00 p.m.), defendant and defendant-intervenor shall file their responses.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge