Appendix A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,<br><br>Defendant-Intervenor | No. 07-073<br>(Judge Allegra) |

DECLARATION OF CAROL ALKHAFI

I, Carol Alkhafi, declare and say under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age and competent to make this Declaration in this matter.

2. I am the Acting Director of Contracting for the US Army Space & Missile Defense Contracting Branch in Colorado Springs, CO. I am also the Contracting Officer for the Concepts and Operations for Space and Missile Defense Integration Capabilities (COSMIC) contract, supporting the Space & Missile Defense Battle Lab (SMDBL) and have been in that capacity from the initial planning stages, through the industry conference, competition, source selection, and award of the COSMIC contracts to BAE Systems and Quantum Research under Request for Proposals, W91260-06-R-0005.

3. I have reviewed the index to the Administrative Record in this case, filed on February 7, 2007, and I have reviewed the documents at Tabs 69-80 submitted with this Affidavit (Exhibit A). With the addition of the documents in Exhibit A, the administrative record now contains all documents that I considered in making the Determination & Finding, dated November 9, 2006.

I declare, under penalty of perjury, that the information given above is true and correct, to the best of my knowledge.

CAROL ALKHAFI

February 12, 2007

Exhibit A
Addendum to Index of Agency Record
12 February 2007

69. ARINC Task Order Plan for STARS 05-717
70. ARINC Task Order Plan for STARS 05-725(award as 05-726)
71. BAE Task Order Plan for SETAC T-ORP 0058
72. BAE Task Order Plan for SETAC T-ORP 0061
73. BAE Task Order Plan for STARS 05-725
74. Zeltins email relied on by KO in OCI Reanalysis
75. JBECC Military Interdepartmental Purchase Requests
76. Contracting Officer Notes from Reanalysis Investigation
77. SETAC Task Order 0105 conformed through Modification 34
78. STARS Task Order 05-717 Modification 07
79. STARS Delivery Order 0517
80. Broussard E-mail/FOC TOC & JBECC attach used by KO in OCI Reanalysis