Appendix B

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,<br><br>Defendant-Intervenor | No. 07-073<br>(Judge Allegra) |

DECLARATION OF KIRBY BROWN

I, Kirby Brown, declare and say under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age and competent to make this Declaration in this matter.

2. I am the Director of the Army Space and Missile Defense Battle Lab (SMDBL). The SMDBL has divisions in Colorado Springs, CO and Huntsville, AL. I am responsible for both. The SMDBL is subordinate unit of the Army Space and Missile Defense Command/Army Forces Strategic Command (SMDC/ARSTRAT).

3. I have reviewed the document, purportedly from a BAE web site, attached to ARINC's complaint as Exhibit # 7, including the part of the matrix labeled "SSE/FOC integration". The entries in this part of the matrix reflect that in 2005 and early 2006, the SMDBL considered a project to integrate the FOC-TOC and SSET. Work on this project by contractors would have been performed under the Scientific Engineering Technical Assistance Contract (SETAC) contract (Task Order 105 resulting from Task Order Requirements Packages 58 & 61) issued and administered in Huntsville, AL. I reviewed this project based on discussions with my Government technical experts and program managers around March 2006. I decided not to pursue FOC-TOC and SSET (also know as SSE) integration and I directed that all planning for this effort be stopped immediately. I directed that no funding be provided under any Task Order to fund this work and in my position I am aware that no work was done by BAE or any other contractor to integrate the FOC-TOC and SSET. There were two primary reasons for my decision. First, I

decided that the integration would be an expensive and complicated project and that the SMDBL could not afford to pursue it at that time. Second, in consultation with Ms. Carol Alkhafi, the Contracting Officer for the COSMIC competition, I decided that this work would serve as an excellent Task Order (SMOTE) for the COSMIC competition.

I declare, under penalty of perjury, that the information given above is true and correct, to the best of my knowledge.

Kirby R. Brown

Kirby Brown

February 12, 2007