# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

26
FILED
FEB 16 2007
U.S. COURT OF FEDERAL CLAIMS

ARINC ENGINEERING SERVICES, LLC
1925 Aerotech Drive, Suite 212
Colorado, Springs, CO 80916

Plaintiff,

- v -

UNITED STATES OF AMERICA

Defendant

No.: 07-CV-00073

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to the U.S. Court of Federal Claims Rules of Procedure, ARINC Engineering Services, LLC ("ARINC"), by counsel, respectfully moves for an enlargement of time to file is opening brief for judgement on the administrative record.

Plaintiff requests two additional days to file its opening brief, enlarging the time to make such filing from February 21, 2007 until February 23, 2007. The Defendant has agreed to such enlargement, conditioned on enlargement of its time to file cross-motion for judgment on the administrative record and response to Plaintiff's motion from March 2, 2007 until March 6, 2007. The Intervenor has agreed to the Plaintiff's motion for enlargement, conditioned on enlargement of its time to file cross-motion for judgment on the administrative record and response to Plaintiff's motion from

March 5, 2007 until March 7, 2007. The Parties agree that this Motion for Enlargement will not otherwise impact the Schedule set out in the Court's Order filed on January 31, 2007.

This Motion is made because Plaintiff's lead counsel, William T. Welch was injured early on February 15, 2007 and will undergo surgery to repair multiple fractures on his leg. It is expected that Mr. Welch will be hospitalized until February 17, 2007 and that he will be able to commence work on the Plaintiff's Brief by Monday February 20, 2007.

Respectfully submitted,

J. Patrick McMahon
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile
Of Counsel For the Plaintiff

Date: February 16, 2007

Attorney of Record:

William T. Welch
BARTON, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: February 16, 2007