# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARINC ENGINEERING SERVICES, LLC<br>1925 Aerotech Drive, Suite 212<br>Colorado, Springs, CO 80916<br><br>Plaintiff,<br><br>- v -<br><br>UNITED STATES OF AMERICA<br><br>Defendant | ) | No.: 07-CV-00073 |

## NOTICE OF MANUAL FILING AND REQUEST FOR WAIVER

Plaintiff seeks leave to accomplish a Manual Filing of the attached Plaintiff's Motion for Enlargement of Time and seeks a waiver of the requirement that such Motion be filed by an attorney admitted to practice before this Court. Plaintiff's lead counsel has been unexpectedly hospitalized for emergency surgery and is not now available to file this Motion. J. Patrick McMahon, Esq. has been admitted under the Protective Order but is not currently admitted to practice before the Court of Federal Claims.

Defendant's and Intervenor's counsel have been served.

Respectfully submitted,

J. Patrick McMahon

BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile
Of Counsel For the Plaintiff

Date: February 16, 2007

Attorney of Record:

William T. Welch
BARTON, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: February 16, 2007

cc: Drew A. Harker
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: (202) 942-5022
Fax: (202) 942-5999

Attorney of Record for BAE Systems Analytical Solutions, Inc.

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Tel: (202) 353-0536
Fax: (202) 305-7643

Attorneys for Defendant