# In The United States Court of Federal Claims

No. 07-73C

(Filed: February 20, 2007)

ARINC ENGINEERING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

Defendant-Intervenor.

**ORDER**

On February 16, 2007, plaintiff filed a motion for enlargement of time to file its opening brief for judgment on the administrative record and for a waiver of the requirement that such motion be filed by an attorney admitted to practice before this court. This motion is hereby **GRANTED**. Accordingly, the schedule is amended as follows:

1. On or before February 23, 2007, plaintiff shall file its opening brief for judgment on the administrative record.

2. On or before March 6, 2007, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

3. On or before March 7, 2007, defendant-intervenor shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

4. On or before March 14, 2007, plaintiff shall file its reply in support of its motion for judgment on the administrative record and response to defendant's motion.

5. On or before March 19, 2007, defendant shall file its reply in support of its motion for judgment on the administrative record.

6. On or before March 20, 2007, defendant-intervenor shall file its reply in support of its cross-motion for judgment on the administrative record.

7. Oral argument on the parties' motions for judgment on the administrative record originally scheduled for March 21, 2007 at 10:00 a.m. (EST) will be rescheduled at a later time. Chambers will contact the parties to reschedule.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge