**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

ORIGINAL

ARINC ENGINEERING SERVICES, LLC
1925 Aerotech Drive, Suite 212
Colorado, Springs, CO 80916

Plaintiff,

- v -

UNITED STATES OF AMERICA

Defendant

FILED
FEB 23 2007
U.S. COURT OF
FEDERAL CLAIMS

No.: 07-CV-00073

by leave of the Judge

**NOTICE OF MANUAL FILING**

Plaintiff seeks leave to accomplish a Manual Filing of the attached Plaintiff's Motion for Enlargement of Time. Plaintiff's lead counsel has been unexpectedly hospitalized for emergency surgery and is not now available to file this Motion. J. Patrick McMahon, Esq. has been admitted under the Protective Order but is not currently admitted to practice before the Court of Federal Claims.

Defendant's and Intervenor's counsel have been served.

Respectfully submitted,

J. Patrick McMahon
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone

(703) 448-3336 - Facsimile
Of Counsel For the Plaintiff

Date: February 22, 2007

Attorney of Record:

William T. Welch
BARTON, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: February 22, 2007

cc: Drew A. Harker
Arnold & Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004
Tel: (202) 942-5022
Fax: (202) 942-5999

Attorney of Record for BAE Systems Analytical Solutions, Inc.

Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Tel: (202) 353-0536
Fax: (202) 305-7643

Attorneys for Defendant