# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

ORIGINAL

FILED

FEB 23 2007

U.S. COURT OF FEDERAL CLAIMS

by leave of the Judge

ARINC ENGINEERING SERVICES, LLC
1925 Aerotech Drive, Suite 212
Colorado, Springs, CO 80916

Plaintiff,

- v -

UNITED STATES OF AMERICA

Defendant

No.: 07-CV-00073

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to the U.S. Court of Federal Claims Rules of Procedure, ARINC Engineering Services, LLC (ARINC), by counsel, respectfully moves for an enlargement of time to file is opening brief for judgment on the administrative record.

This is a second request for enlargement. Lead counsel, William Welch, Esq., remains hospitalized because of post-surgery complications and will not be released before the afternoon of February 22, 2007. The complications have been life-threatening and his recovery period will be extended because of these complications. We now expect Mr. Welch to be in recovery until the first or second week of March, after which he will work at home for several weeks before returning to the office on approximately April 2, 2007. The release and recovery information were not available to counsel until yesterday morning.

Accordingly, ARINC respectfully requests an enlargement in time of approximately 26 days, adjusting the time in which to file its opening brief from February 21 (February 23 according to the first request for enlargement) until March 19, 2007. The Court's Schedule would thereafter be affected as follows:

Defendant would file its cross-motion for judgment on March 30, 2007.
Intervenor would file its cross-motion for judgment on April 5, 2007.
Plaintiff would file its reply on April 11, 2007.
Defendant would file its reply on April 17, 2007.
Intervenor would file its reply on April 18, 2007.

Counsel for the Defendant and the Defendant-Intervenor have agreed to the foregoing Schedule changes.

Respectfully submitted,

J. Patrick McMahon
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile
Of Counsel For the Plaintiff

Date: February 22, 2007

Attorney of Record:
William T. Welch
BARTON, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile