# In The United States Court of Federal Claims

No. 07-73C

(Filed: February 23, 2007)

---

ARINC ENGINEERING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On February 23, 2007, plaintiff filed a notice of manual filing and a motion for enlargement of time to file its opening brief for judgment on the administrative record. Plaintiff proposes an amended schedule agreed to by defendant and defendant-intervenor. This motion is hereby **GRANTED** and the proposed schedule adopted. Accordingly, the schedule is amended as follows:

1. On or before March 19, 2007, plaintiff shall file its opening brief for judgment on the administrative record.

2. On or before March 30, 2007, defendant shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

3. On or before April 5, 2007, defendant-intervenor shall file its cross-motion for judgment on the administrative record and its response to plaintiff's motion.

4. On or before April 11, 2007, plaintiff shall file its reply in support of its motion for judgment on the administrative record and response to defendant's motion.

5. On or before April 17, 2007, defendant shall file its reply in support of its motion for judgment on the administrative record.

6. On or before April 18, 2007, defendant-intervenor shall file its reply in support of its cross-motion for judgment on the administrative record.

7. Chambers will contact the parties to schedule oral argument on the parties' motions for judgment on the administrative record.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge