# In The United States Court of Federal Claims

No. 07-73C

(Filed: March 8, 2007)

---

ARINC ENGINEERING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

Defendant-Intervenor.

---

**ORDER**

---

Oral argument on the parties' motions for judgment on the adminstrative record will be held on Monday, April 23, 2007 at 10:00 a.m. (EST), in the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. 20005. Courtroom location will be posted in the lobby on the day of argument.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge