IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant.<br>and<br><br>BAE SYSTEMS ANALYTICAL<br>SOLUTIONS, INC.<br><br>Intervenor. | ) | No. 07-73C<br><br>(Judge Allegra) |

**PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the U.S. Court of Federal Claims Rules of Procedure, ARINC Engineering Services, LLC ("ARINC"), by counsel, respectfully moves this court to enter an order to file ARINC's Motion for Judgment on the Administrative Record and its Statement of Facts, both filed on March 19, 2007, under seal. When counsel attempted to file these documents under seal last evening, the system reported that this case was not an ECF case and thus could not accept electronic filings. Counsel was able to file the documents, but not under seal.

When counsel contacted the ECF help desk this morning, counsel was told that he should have simply ignored or bypassed this warning and proceeded to file. Counsel has not had this problem previously when filing documents under seal. Counsel has contacted all opposing counsel regarding this motion and no opposing

counsel has any objection.

WHEREFORE, counsel for ARINC respectfully requests an order to the clerk to file the above mentioned documents under seal.

Respectfully submitted,

________________________________

William T. Welch
BARTON, BAKER, McMAHON & TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 (ex. 22) - Telephone
(703) 448-3336 - Facsimile
Attorney of Record
Counsel for ARINC Engineering Services, LLC

Of Counsel:

J. Patrick McMahon
BARTON, BAKER, McMAHON
& TOLLE, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, Virginia 22101
(703) 448-1810 - Telephone
(703) 448-3336 - Facsimile

Dated: March 20, 2007