# In The United States Court of Federal Claims

No. 07-73C

(Filed: April 23, 2007)

---

ARINC ENGINEERING SERVICES, LLC,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

Defendant-Intervenor.

---

**ORDER**

---

On April 23, 2007, oral argument on the parties' motions for judgment on the administrative record was held in the this case. Participating in this argument were William Thomas Welch on behalf of plaintiff, Michael James Dierberg on behalf of defendant, and Drew Alan Harker on behalf of defendant-intervenor. Pursuant to discussions during argument, the court hereby orders further production in this matter. Accordingly,

On or before May 11, 2007, defendant, with assistance from the defendant-intervenor, shall produce the following for inclusion in the administrative record:

1. Any documents generated by the Department of Defense (DOD) or any agency thereof requesting BAE Systems Analytical Solutions, Inc. (BAE) to examine integration of the Future Operational Capability-Tactical Operations Center (FOC-TOC) and Space Support Enhancement Toolset (SSET) systems.

2. Any documents reflecting discussion between BAE and DOD (or any DOD component) regarding this subject.

3. Any documents otherwise revealing any work performed by BAE at the DOD's instruction regarding this subject.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge