IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,<br><br>Defendant-Intervenor. | No. 07-073<br>(Judge Allegra) |

**DEFENDANT'S RESPONSE TO ORDER DATED APRIL 23, 2007**

Defendant, the United States, respectfully submits the attached documents pursuant to the Court's order dated April 23, 2007. Significant portions of these documents do not relate to possible integration of Future Operational Capability Tactical Operations Center ("FOC-TOC") and Space Support Element Toolset ("SSET"). However, in light of the Court's order and the nature of the documents being produced, it would be impractical for defendant to segregate the possibly relevant portions of these documents from those which clearly do not relate to the issue before the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

Attorneys for Defendant

Of Counsel:

LTC FRANK A. MARCH
Department of the Army
Contract Appeals Division, Team I
Attn: JALS-KFLD
901 North Stuart Street, Suite 500
Arlington, VA 22203-1837

May 11, 2007

Attachment


| | Document | Date | Page |
|---|---|---|---|
| 1 | E-mail: "SSET/FOC TOC Integration" | 11/1/2005 | 1 |
| 2 | E-mail: "SSET/FOC TOC Integration" | 11/8/2005 | 2 |
| 3 | E-mail: "Visit" | 12/15/2005 | 5 |
| 4 | E-mail: "FOC-TOC SATURN Support" | 12/27/2005 | 8 |
| 5 | E-mail: "FOC-TOC SATURN Support" | 12/28/2005 | 14 |
| 6 | E-mail: "FOC-TOC SATURN Support" | 12/28/2005 | 20 |
| 7 | E-mail: "FOC-TOC Equipment" | 12/28/2005 | 24 |
| 8 | E-mail: "Follow up on G4 issues for CIP and FOC/SSE integration project" | 2/15/2006 | 27 |
| 9 | E-mail: "SSET/FOC Integration" | 3/2/2006 | 32 |
| 10 | SSET/FOC TOC Integration | undated | 34 |

FW SSETFOC TOC Integration (UNCLASSIFIED)
From: Fapso, Matt J Mr /SAIC
Sent: Wednesday, May 09, 2007 7:03 AM
To: 'fapsom@saic.com'
Subject: FW: SSET/FOC TOC Integration (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

-----Original Message-----
From: Fapso, Matt J Mr /SAIC
Sent: Tuesday, November 01, 2005 7:05 AM
To: 'ronald.m.neely@saic.com'
Subject: FW: SSET/FOC TOC Integration (UNCLASSIFIED)

Marc, not sure if you spoke to Mike yet but here's some info.

Matt

-----Original Message-----
From: Belton, Michael R CPT USASMDC
To: Fapso, Matt J Mr /SAIC
Sent: 10/31/2005 2:05 PM
Subject: RE: SSET/FOC TOC Integration (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Hey Matt,

Yes this is going to happen and yes we are having a Telecon tomorrow. I have the dial in number. I have the BL Conference room laid on for 0900.
Please try to be there in the morning. The telecon is on JPOW and the ARSST Experiment with the 263rd AAMDC that we will be doing. Not sure if Marc needs to be there for that, however, I need to talk to him to get him to take the lead on determining EADTF Requirements so we send the right personnel to support it.

As far as the FOC TOC/SSET Integration effort, Karol and MAJ Romero are planning on flying here next week and we will work with them Monday-Thursday on that.

Later,
Mike
Classification: UNCLASSIFIED
Caveats: None

SSETFOC TOC Integration

--------------------------------------------------------------------------------
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, November 08, 2005 9:37 AM
To: Fapso, Matt J Mr /SAIC
Subject: RE: SSET/FOC TOC Integration (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Yes, we are on for Wednesday starting at 0900. I think I will try to lay on the conference room or I will find another place to make this happen. We may start out in the high bay showing the FOC TOC. We will talk fore about it at the 1000 meeting.

Mike

--------------------------------------------------------------------------------
From: Fapso, Matt J Mr /SAIC
Sent: Monday, November 07, 2005 10:55 AM
To: Belton, Michael R CPT USASMDC
Subject: RE: SSET/FOC TOC Integration (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: None

Mike are we on for Wednesday and if so where and what time?

I'm dragging Ron into this for technical expertise, or at least humor. Hope that's ok.

Later

[redacted]

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Friday, October 28, 2005 3:35 PM
To: Romero, James MAJ SMDC-CS
Cc: Cortright, Karol L Ms SMDC-CS; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC; Schwarz, Charles LTC SMDC-CS; Brown, Kirby Mr USA SMDC; Combs, Dorae D Ms /BAE Systems
Subject: SSET/FOC TOC Integration (UNCLASSIFIED)

SSETFOC TOC Integration

Classification: UNCLASSIFIED

Caveats: None

MAJ Romero,

As per a conversation I had with LTC Schwarz, I am tracking that you and Karol are planning on coming to Huntsville 7-10 NOV to work the SSET/FOC TOC Integration effort. I want to confirm that you and Karol are coming so we can work an agenda and plan on the two of you being here. Please confirm that you both are coming.

Thanks,

CPT Belton

CPT MICHAEL R. BELTON

Space Operations Officer (FA 40)

Space and Missile Defense Command

Future Warfare Center

Phone: (256) 955-2094

DSN: 645-2094

Cell: (256) 652-8222

Classification: UNCLASSIFIED

Caveats: None

Classification: UNCLASSIFIED

Caveats: None

Classification: UNCLASSIFIED

Caveats: None

Classification: UNCLASSIFIED

Caveats: None

From Concept to Combat
Celebrating 50 Years of Excellence in Missile Defense and Space
SMDC/ARSTRAT - 1957-2007

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

-----Original Message-----
From: Cortright, Karol L GS USA SMDC
Sent: Thursday, December 15, 2005 2:43 PM
To: 'Fapso, Matthew'
Subject: RE: Visit (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Matt,

Understand you guys are getting ready to do something with THAAD (Schwarz mentioned it).

I know we had discussed sending you two each Alienware boxes. Need you to verify (could not recall if you needed a portable for the ENTR Card). I know we discussed long term putting it in the shelter in a rack mount unit.

Also understand that you need this equipment by 9 January - need this verified. If so, then it will be strictly a Dismounted variant. Also - what do you need to turn the Swedish into an auto-acquire.

Karol L. Cortright
Space Division - FWC
Space & Missile Defense Battle Lab
DSN 692.4235, 719.554.4235
Cell 719.439.9912
Karol.Cortright@smdc-cs.army.smil.mil

-----Original Message-----
From: Fapso, Matthew [mailto:MATTHEW.J.FAPSO@saic.com]
Sent: Thursday, November 10, 2005 2:31 PM
To: 'karol.cortright@smdc-cs.army.mil'
Subject: Visit

Thanks for stopping by, I think you can help us a lot with this integration and migration and look forward to making this happen. I've already been in contact with Wave and should have software in the near future to test.

Best regards,
Matt
Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

[redacted]

**From:** Schwarz, Charles LTC SMDC-CS [Charles.Schwarz@smdc-cs.army.mil]
**Sent:** Tuesday, December 27, 2005 6:26 PM
**To:** O'Connell, Robert M Mr SMDC-CS; Smartt, Michelle Ms USASMDC
**Cc:** Garcia, Ed B Mr USASMDC
**Subject:** RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Thanks Robert

Michelle, these are going to be transferred to MDD.

CRS
-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
Sent: Tuesday, December 27, 2005 3:59 PM
To: Belton, Michael R CPT USASMDC
Cc: Cortright, Karol L GS USA SMDC; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC; Garcia, Ed B Mr USASMDC; Schwarz, Charles LTC SMDC-CS
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Sir,

Here is the Final hardware items we are sending out:

One Laptop SOS
One Desktop SOS (for future ENTR Card)
One 1.8 Meter Dish and Base

One SATURN (Red and Black with KG)
Additional misc support items.

If you have any questions or concerns. Please let me know.

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: robert.oconnell@smdc-cs.army.mil
719-554-4595

-----Original Message-----
From: Schwarz, Charles LTC SMDC-CS
Sent: Tuesday, December 27, 2005 1:50 PM
To: Belton, Michael R CPT USASMDC; O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC; Garcia, Ed B Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

No funds in MDD at this time for Cheetah, since MDD has Swedish---still need to send a larger dish (1.8).....
Hope this helps,
LTC Charley Schwarz

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, December 27, 2005 1:50 PM
To: O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Schwarz, Charles LTC SMDC-CS; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Robert,

I have cc'd a couple of people on this e-mail to assist with these questions. But, I will try to answer them here the best I can to start the dialog.

We currently have a .9M SWE-DISH for use with the FOC TOC. However, Karol is looking at the Cheetah and we may entertain moving towards that if we think it makes sense. This will have to be a decision of the MDD by LTC Schwarz and the PM John Broussard and of course will have to be funded.

We need the KG 235 at first thought. I understand that this is the big ticket item of the system and we will want it. However, I ask that John and Matt reply to this one because I need their input as to the future direction of the FOC TOC and what they envision using as encryption.

We do plan on going to an ENTR Card. However, we haven't purchased one yet. We are waiting on funding to move in that direction.

Everyone, please chime in here if I am off-base on anything.
Thanks,
CPT Mike Belton

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
Sent: Tuesday, December 27, 2005 12:31 PM
To: Belton, Michael R CPT USASMDC
Cc: Cortright, Karol L GS USA SMDC; Schwarz, Charles LTC SMDC-CS
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: NONE

Sir,

As far a I know, the systems will have the standard SOS load on the that will be accredited to run on the SATURN. Questions:

What size dish do you need?
Do you need a KG235?
Are you going to use your ENTR Card? If so I need to send you a Desktop

SOS for that.

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: robert.oconnell@smdc-cs.army.mil
719-554-4595

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, December 27, 2005 10:21 AM
To: Fapso, Matt J Mr /SAIC; O'Connell, Robert M Mr SMDC-CS
Cc: Schwarz, Charles LTC SMDC-CS; Broussard, John F Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Robert,

Spoke with LTC Schwarz this morning and I understand that you are putting together the pieces for shipment of the SSET Dismounted set to us. As per our Spiral Working Group, we decided to mount the Red Box of the SATURN into our FOC TOC. Therefore, we only need to components of the Red Box. You do not need to mount them into a hardened dismounted case because we will only be dismounting them to mount them into the FOC TOC. I still need the Black Box to be configured into the dismounted version because we will be keeping it in that configuration for Spiral 1. I was also told that we will be getting two laptops for SOSs. Will they be loaded there? I need to know how these will be done because I need to get them certified through our help desk.

Matt and John, need you to work with Karol on system certification. It needs to be done here, but there may be unique requirements with using bandwidth out of COS. Please talk to Karol and discuss COAs.

John, who will be mounting this into the FOC TOC? Brown?

Thanks,

Mike

-----Original Message-----
From: Fapso, Matt J Mr /SAIC
Sent: Friday, December 23, 2005 1:51 PM
To: O'Connell, Robert M Mr SMDC-CS
Cc: Belton, Michael R CPT USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Mr O'Connell,
I know what we (battle lab south and west) discussed about equipment and installation ideas but have not been told that we were doing something specific yet. Have you talked with Karol at all, or did she forward my contact information to you? Her and I agree in a lot of respects on this next build/integration but I'm not sure we have been "cleared" to move forward. I am the contractor assiged to this but have not been kept in the loop as I probably should have been. I'm CC'ing Mike Belton as he and I along with John Broussard and your folks were assigned this task.

Matt

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
To: Fapso, Matt J Mr /SAIC
Sent: 12/22/2005 3:14 PM
Subject: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Mr. Fapso,

I am contacting you in reference to the equipment for the FOC-TOC. Could you give me a call so I can find out exactly what you need for support?

Thank you,

Robert O'Connell, MCSA, Net+, A+

Battle Lab Space Division R&D
Email: HYPERLINK
"mailto:robert.oconnell@smdc-cs.army.mil"robert.oconnell@smdc-cs.army.mi
l
719-554-4595

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

[redacted]

**From:** Belton, Michael R CPT USASMDC [Michael.Belton@us.army.mil]
**Sent:** Wednesday, December 28, 2005 9:59 AM
**To:** O'Connell, Robert M Mr SMDC-CS
**Cc:** Cortright, Karol L GS USA SMDC/ARSTRAT; Fapso, Matt J Mr /SAIC; Broussard, John Mr USASMDC; Garcia, Ed B Mr USASMDC; Schwarz, Charles LTC USA SMDC/ARSTRAT
**Subject:** RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Great!!! Thank you!

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
Sent: Tuesday, December 27, 2005 4:59 PM
To: Belton, Michael R CPT USASMDC
Cc: Cortright, Karol L GS USA SMDC; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC; Garcia, Ed B Mr USASMDC; Schwarz, Charles LTC SMDC-CS
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Sir,

Here is the Final hardware items we are sending out:

One Laptop SOS
One Desktop SOS (for future ENTR Card)
One 1.8 Meter Dish and Base
One SATURN (Red and Black with KG)
Additional misc support items.

If you have any questions or concerns. Please let me know.

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: robert.oconnell@smdc-cs.army.mil
719-554-4595

-----Original Message-----
From: Schwarz, Charles LTC SMDC-CS
Sent: Tuesday, December 27, 2005 1:50 PM
To: Belton, Michael R CPT USASMDC; O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC; Garcia, Ed B Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

No funds in MDD at this time for Cheetah, since MDD has Swedish---still need to send a larger dish (1.8).....
Hope this helps,
LTC Charley Schwarz

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, December 27, 2005 1:50 PM
To: O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Schwarz, Charles LTC SMDC-CS; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Robert,

I have cc'd a couple of people on this e-mail to assist with these questions. But, I will try to answer them here the best I can to start the dialog.

We currently have a .9M SWE-DISH for use with the FOC TOC. However, Karol is looking at the Cheetah and we may entertain moving towards that if we think it makes sense. This will have to be a decision of the MDD by LTC Schwarz and the PM John Broussard and of course will have to be funded.

We need the KG 235 at first thought. I understand that this is the big ticket item of the system and we will want it. However, I ask that John and Matt reply to this one because I need their input as to the future direction of the FOC TOC and what they envision using as encryption.

We do plan on going to an ENTR Card. However, we haven't purchased one yet. We are waiting on funding to move in that direction.

Everyone, please chime in here if I am off-base on anything.
Thanks,
CPT Mike Belton

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
Sent: Tuesday, December 27, 2005 12:31 PM
To: Belton, Michael R CPT USASMDC
Cc: Cortright, Karol L GS USA SMDC; Schwarz, Charles LTC SMDC-CS
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: NONE

Sir,

As far a I know, the systems will have the standard SOS load on the that will be accredited to run on the SATURN. Questions:

What size dish do you need?
Do you need a KG235?
Are you going to use your ENTR Card? If so I need to send you a Desktop SOS for that.

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: robert.oconnell@smdc-cs.army.mil
719-554-4595

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, December 27, 2005 10:21 AM
To: Fapso, Matt J Mr /SAIC; O'Connell, Robert M Mr SMDC-CS
Cc: Schwarz, Charles LTC SMDC-CS; Broussard, John F Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Robert,

Spoke with LTC Schwarz this morning and I understand that you are putting together the pieces for shipment of the SSET Dismounted set to us. As per our Spiral Working Group, we decided to mount the Red Box of the SATURN into our FOC TOC. Therefore, we only need to components of the Red Box. You do not need to mount them into a hardened dismounted case because we will only be dismounting them to mount them into the FOC TOC. I still need the Black Box to be configured into the dismounted version because we will be keeping it in that configuration for Spiral 1. I was also told that we will be getting two laptops for SOSs. Will they be loaded there? I need to know how these will be done because I need to get them certified through our help desk.

Matt and John, need you to work with Karol on system certification. It needs to be done here, but there may be unique requirements with using bandwidth out of COS. Please talk to Karol and discuss COAs.

John, who will be mounting this into the FOC TOC? Brown?

Thanks,
Mike

-----Original Message-----
From: Fapso, Matt J Mr /SAIC
Sent: Friday, December 23, 2005 1:51 PM
To: O'Connell, Robert M Mr SMDC-CS
Cc: Belton, Michael R CPT USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Mr O'Connell,
I know what we (battle lab south and west) discussed about equipment and installation ideas but have not been told that we were doing something specific yet. Have you talked with Karol at all, or did she forward my contact information to you? Her and I agree in a lot of respects on this next build/integration but I'm not sure we have been "cleared" to move forward. I am the contractor assiged to this but have not been kept in the loop as I probably should have been. I'm CC'ing Mike Belton as he and I along with John Broussard and your folks were assigned this task.

Matt

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
To: Fapso, Matt J Mr /SAIC
Sent: 12/22/2005 3:14 PM
Subject: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Mr. Fapso,

I am contacting you in reference to the equipment for the FOC-TOC. Could you give me a call so I can find out exactly what you need for support?

Thank you,

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: HYPERLINK

"mailto:robert.oconnell@smdc-cs.army.mil"robert.oconnell@smdc-cs.army.mi
l
719-554-4595

Classification:  UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification:  UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification:  UNCLASSIFIED
Caveats: NONE

Classification:  UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: None

-----Original Message-----
From: Fapso, Matt J Mr /SAIC
Sent: Wednesday, December 28, 2005 7:03 AM
To: Schwarz, Charles LTC SMDC-CS; Belton, Michael R CPT USASMDC; O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Broussard, John F Mr USASMDC; Garcia, Ed B Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Hello everyone,
I'm going to assume if a 1.8M is needed the Cheetah wouldn't have been able to perform in the region either in which case you will be taking the 1200 lb. throw away dish. We could look at purchasing a larger reflector so avoid this 1M power problems? Is there a huge cost difference in use when provisioning for all 1M coverage? Would the difference offset the additional funding needed for a larger antenna?

I was asked my Karol about implementing a full auto acquire system into the SWE-DISH over it's current point and shoot technology. Is this something we want to pursue? I'm not sure who the users of this system will be, but if it's only us then I have to ask do we really need an integrated IDirect modem?

If KG-235's are the encryption of the network then yes we will need one of them but I'd also like to suggest that myself and another get some more training on them. I attended the brief course in Colorado but don't feel if we are going to be using the 235's and in the field with them that it was enough to take out while be perceived by a potential customer as technical experts. This also goes along with the I-Direct modem. Didn't a few members of Colorado's team attend the factory course for these pieces of equipment of have the representatives come to you lab?

Happy holidays,
Matt
-----Original Message-----
From: Schwarz, Charles LTC SMDC-CS
To: Belton, Michael R CPT USASMDC; O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC; Garcia, Ed B Mr USASMDC
Sent: 12/27/2005 2:50 PM
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

No funds in MDD at this time for Cheetah, since MDD has Swedish---still need to send a larger dish (1.8).....
Hope this helps,
LTC Charley Schwarz

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, December 27, 2005 1:50 PM
To: O'Connell, Robert M Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Schwarz, Charles LTC SMDC-CS; Fapso, Matt J Mr /SAIC; Broussard, John F Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Robert,

I have cc'd a couple of people on this e-mail to assist with these questions. But, I will try to answer them here the best I can to start the dialog.

We currently have a .9M SWE-DISH for use with the FOC TOC. However, Karol is looking at the Cheetah and we may entertain moving towards that if we think it makes sense. This will have to be a decision of the MDD by LTC Schwarz and the PM John Broussard and of course will have to be funded.

We need the KG 235 at first thought. I understand that this is the big ticket item of the system and we will want it. However, I ask that John and Matt reply to this one because I need their input as to the future direction of the FOC TOC and what they envision using as encryption.

We do plan on going to an ENTR Card. However, we haven't purchased one yet. We are waiting on funding to move in that direction.

Everyone, please chime in here if I am off-base on anything.
Thanks,
CPT Mike Belton

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
Sent: Tuesday, December 27, 2005 12:31 PM
To: Belton, Michael R CPT USASMDC
Cc: Cortright, Karol L GS USA SMDC; Schwarz, Charles LTC SMDC-CS
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)
Importance: High

Classification: UNCLASSIFIED
Caveats: NONE

Sir,

As far a I know, the systems will have the standard SOS load on the that will be accredited to run on the SATURN. Questions:

What size dish do you need?
Do you need a KG235?
Are you going to use your ENTR Card? If so I need to send you a Desktop SOS for that.

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: robert.oconnell@smdc-cs.army.mil
719-554-4595

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Tuesday, December 27, 2005 10:21 AM
To: Fapso, Matt J Mr /SAIC; O'Connell, Robert M Mr SMDC-CS
Cc: Schwarz, Charles LTC SMDC-CS; Broussard, John F Mr USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: None

Robert,

Spoke with LTC Schwarz this morning and I understand that you are putting together the pieces for shipment of the SSET Dismounted set to us. As per our Spiral Working Group, we decided to mount the Red Box of the SATURN into our FOC TOC. Therefore, we only need to components of the Red Box. You do not need to mount them into a hardened dismounted case because we will only be dismounting them to mount them into the FOC TOC. I still need the Black Box to be configured into the dismounted version because we will be keeping it in that configuration for Spiral 1. I was also told that we will be getting two laptops for SOSs. Will they be loaded there? I need to know how these will be done because I need to get them certified through our help desk.

Matt and John, need you to work with Karol on system certification. It needs to be done here, but there may be unique requirements with using bandwidth out of COS. Please talk to Karol and discuss COAs.

John, who will be mounting this into the FOC TOC? Brown?

Thanks,
Mike

-----Original Message-----
From: Fapso, Matt J Mr /SAIC
Sent: Friday, December 23, 2005 1:51 PM
To: O'Connell, Robert M Mr SMDC-CS
Cc: Belton, Michael R CPT USASMDC
Subject: RE: FOC-TOC SATURN Support. (UNCLASSIFIED)

Mr O'Connell,
I know what we (battle lab south and west) discussed about equipment and installation ideas but have not been told that we were doing something specific yet. Have you talked with Karol at all, or did she forward my contact information to you? Her and I agree in a lot of respects on this next build/integration but I'm not sure we have been "cleared" to move forward. I am the contractor assiged to this but have not been kept in the loop as I probably should have been. I'm CC'ing Mike Belton as he and I along with John Broussard and your folks were assigned this task.

Matt

-----Original Message-----
From: O'Connell, Robert M Mr SMDC-CS
To: Fapso, Matt J Mr /SAIC
Sent: 12/22/2005 3:14 PM
Subject: FOC-TOC SATURN Support. (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Mr. Fapso,

I am contacting you in reference to the equipment for the FOC-TOC. Could you give me a call so I can find out exactly what you need for support?

Thank you,

Robert O'Connell, MCSA, Net+, A+

Battle Lab Space Division R&D
Email: HYPERLINK
"mailto:robert.oconnell@smdc-cs.army.mil"robert.oconnell@smdc-cs.army.mi
l
719-554-4595

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

From Concept to Combat
Celebrating 50 Years of Excellence in Missile Defense and Space
SMDC/ARSTRAT - 1957-2007

[redacted]

**From:** Stockton, David Mr SY Coleman [David.Stockton@smdc-cs.army.mil]
**Sent:** Wednesday, December 28, 2005 11:21 AM
**To:** O'Connell, Robert M Mr SMDC-CS
**Subject:** RE: FOC-TOC Equipment... (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

usually.

---

From: O'Connell, Robert M Mr SMDC-CS
Sent: Wednesday, December 28, 2005 9:19 AM
To: Stockton, David Mr SY Coleman
Subject: RE: FOC-TOC Equipment... (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Is that standard issue for a SATURN?

---

From: Stockton, David Mr SY Coleman
Sent: Wednesday, December 28, 2005 9:18 AM
To: O'Connell, Robert M Mr SMDC-CS
Subject: RE: FOC-TOC Equipment... (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

secure sleeve with the iridium?

_____

From: O'Connell, Robert M Mr SMDC-CS
Sent: Wednesday, December 28, 2005 9:17 AM
To: Stockton, David Mr SY Coleman; Nunn, Gary J Mr SMDC-CS; Dunlap, James K CTR USA SMDC (SY Coleman); Lawton, Michael J CTR USA SMDC (BAE);
Watson, Ryan L CTR USA SMDC (BAE); Wells, Carlton Mr SMDC-CS
Cc: Cortright, Karol L GS USA SMDC; Rudd, Mark Mr SMDC-CS; Sorsdal, Stacey Ms. BAE Systems
Subject: FOC-TOC Equipment... (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Here are the items needed to be sent out for the FOC-TOC. They need to be ready for pick up by the freight company by Friday morning.

Two Laptop SOS

One 1.8 Meter Dish and Base

One SATURN (Red and Black with KG) Complete

Two NAS's (preferably m-DARs)

One INMARSAT

One Iridium

One set of Dongles

Additional misc support items.

Let me know if you have any questions.

Thanks,

Robert O'Connell, MCSA, Net+, A+
Battle Lab Space Division R&D
Email: HYPERLINK
"mailto:robert.oconnell@smdc-cs.army.mil"robert.oconnell@smdc-
cs.army.mi
l
719-554-4595

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification:  UNCLASSIFIED
Caveats: NONE

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

-----Original Message-----
From: Cortright, Karol L GS USA SMDC
Sent: Wednesday, February 15, 2006 4:14 PM
To: Rudd, Mark Mr SMDC-CS
Subject: FW: Follow up on G4 issues for CIP and FOC/SSE integration project (UNCLASSIFIED)

Classification: UNCLASSIFIED

Caveats: NONE

Mark,

Can't G-4 handle this?

Karol

-----Original Message-----
From: Belton, Michael R CPT USASMDC
Sent: Wednesday, February 15, 2006 12:13 PM
To: Fapso, Matt J Mr /SAIC; Schwarz, Charles LTC SMDC-CS; Rudd, Mark Mr SMDC-CS; Romero, James LTC SMDC-CS; Cortright, Karol L GS USA SMDC; Broussard, John F Mr USASMDC; Dunlap, James K CTR USA SMDC (SY Coleman)
Subject: Re: Follow up on G4 issues for CIP and FOC/SSE integration project (UNCLASSIFIED)

Matt,

Please contact Brown and find ou how long the shipment time will be. Plan on shipping when your testing is complete the week of the 6th. I want to ensure the equipment gets there on time.

Mike
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Fapso, Matt J Mr /SAIC <matt.fapso@smdc.army.mil>
To: Schwarz, Charles LTC SMDC-CS <Charles.Schwarz@SMDC-CS.ARMY.MIL>;
Rudd, Mark Mr SMDC-CS <Mark.Rudd@SMDC-CS.ARMY.MIL>; Romero, James LTC SMDC-CS <James.Romero@SMDC-CS.ARMY.MIL>; Cortright, Karol L GS USA SMDC <Karol.Cortright@SMDC-CS.ARMY.MIL>; Broussard, John F Mr USASMDC <John.Broussard@us.army.mil>; Belton, Michael R CPT USASMDC <Michael.Belton@us.army.mil>; Dunlap, James K CTR USA SMDC (SY

Coleman) <James.Dunlap@SMDC-CS.ARMY.MIL>
Sent: Wed Feb 15 12:57:43 2006
Subject: RE: Follow up on G4 issues for CIP and FOC/SSE integration project (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Good afternoon everyone,
I'm working with CPT Belton in regards to JPOW and one concern is shipment of equipment to the site, specifically SET 23. I put a call into the 263rd as they mentioned logistics support and am awaiting an answer but also wanted to know if there's an SMDC account that is used for shipping? Normally if we need to ship an item we go through Brown Intl..

Some concerns:
Integrity of the shipment
Cost
Customs.

FED-X has there own customs facility which makes them the preferred commercial carrier, based on my experience from managing a project in Europe, the most reliable too.

Is military airlift available to absorb some of the costs or possibly combining the shipment with the space team that's deploying?

Can we utilize the SMDC account or should we go through Brown Intl and have them palletize and ship the gear? Is anyone willing to take the equipment as excess baggage with there normal luggage?

I've emailed Jamie in regards to coming to Huntsville for a "pre-deployment" equipment check out hopefully around 6 March. It's probably safe to assume that we'd put together an equipment list and work with CPT Belton to document the gear leaving and prepare it for shipment. If there's a more preferred way please speak up.

Best regards,
Matt

---

From: Schwarz, Charles LTC SMDC-CS
Sent: Friday, February 10, 2006 6:35 PM
To: Rudd, Mark Mr SMDC-CS; Romero, James LTC SMDC-CS; Cortright, Karol L GS USA SMDC; Miller, Curtis D Mr USASMDC; Broussard, John F Mr USASMDC; Belton, Michael R CPT USASMDC; Smartt, Michelle M Ms USASMDC; Stender, Billy; Fapso, Matt J Mr /SAIC
Cc: Miller, Mary J Ms. SMDC-CS
Subject: Follow up on G4 issues for CIP and FOC/SSE integration project (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: NONE

Request your attendance in Huntsville on the 28 Feb-3March to accomplish the following:

First: Karol, please identify if you have any use for the excess property in HSV. If so Mark will lateral transfer to Space Division, if not the equipment will be turned in.

Second: A complete sensitive items inventory needs to be conducted by Mark with Curtis.

Third: Karol Cortright, LTC Romero, John Broussard, Matt Fapso, Billy Stender, CPT (P) Belton need to finalize the paper capabilities for SSE/FOC integration proposal to be briefed to Mr. Brown. Expectation is craft a briefing that can be presented by the team to Mr. Brown who will be in HSV attending the JIAMD conference.

Thanks,
LTC Charley Schwarz

LTC Charley Schwarz
Chief, Space Division SMDBL
(719) 554-4207

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED
Caveats: None

-----Original Message-----
From: Fapso, Matt J Mr /SAIC
Sent: Thursday, March 02, 2006 6:24 AM
To: Wood, Robert E Mr USASMDC; Broussard, John F Mr USASMDC; Belton, Michael R CPT USASMDC; Sill, Ron E Mr /Brown International Corporation
Subject: RE: SSET/FOC Integration (UNCLASSIFIED)

ABSOLUTELY, I can't agree more!

-----Original Message-----
From: Wood, Robert E Mr USASMDC
To: Broussard, John F Mr USASMDC; Belton, Michael R CPT USASMDC; Fapso, Matt J Mr /SAIC; Sill, Ron E Mr /Brown International Corporation
Sent: 3/1/2006 5:54 PM
Subject: RE: SSET/FOC Integration (UNCLASSIFIED)

Classification: UNCLASSIFIED
Caveats: None

Achievable goals.

Keeping the black box functions out of the shelter makes a lot of sense as we begin to fix the seperation problems within the current shelter layout (not to mention only having half as much new hardware to install).

REW

>_____________________________________________
>From:  Broussard, John F Mr USASMDC
>Sent:  Wednesday, March 01, 2006 2:23 PM
>To:    Belton, Michael R CPT USASMDC; Fapso, Matt J Mr /SAIC; Wood,
>Robert E Mr USASMDC; Sill, Ron E Mr /Brown International Corporation
>Subject:       SSET/FOC Integration (UNCLASSIFIED)
>
>Classification: UNCLASSIFIED
>Caveats: None
>
>Gentlemen,
>
>Ron Sill and I met with Karol and LTC Romero.  We agreed to take the
>brief attached and expand it:
>
>Purpose
>Assumptions
>Approach (General)
>Spiral I (Status, Funding Required, Recommended Timeline, Exercise
>participation...)
>Spiral II("    "       "       "       "       "
>)
>Spiral III ("  "       "       "       "       "       "       "
>)
>And pictures anywhere appropriate.
>
>What do y'all think?  I'm pretty covered up the next week or two so if

>anyone wants to jump on it, you have my permission.
>
>John
>
> << File: SSET-FOC TOC Itegration.ppt >>
>Classification: UNCLASSIFIED
>Caveats: None
>

Classification: UNCLASSIFIED
Caveats: None

Classification: UNCLASSIFIED
Caveats: None

From Concept to Combat
Celebrating 50 Years of Excellence in Missile Defense and Space
SMDC/ARSTRAT - 1957-2007

# SSET/FOC TOC Integration

Leads: Mr. John Broussard DSN: 645-4319

Ms. Karol Cortright DSN: 692-4235

MAJ Jim Romero DSN: 692-4174

CPT Mike Belton DSN: 645-2094

# Spiral Integration

- Spiral I: SSET Integration with FOC TOC II. Karol Cortright will send pieces of the a Red Box Set to be mounted in the FOC TOC. We will keep the black box in a dismounted configuration. Integration costs associated with this spiral will be absorbed in house. SOS box will be developed in Huntsville-BL with the assistance of COS-BL. There will be unfunded costs associated with a laptop purchase, license, and misc. fees. John Broussard will be determining if we have the funding to absorb this cost.
- Spiral II: Will be a one for one technology swap of current hardware with the best and most cost effective technology upgrades and new hardware. Examples include ENTR Cards replacing the ZEBRA Radio and “lunch box” version of the SATURN Terminal.
- Spiral III: New redesigned prototype of the FOC TOC III designed for a particular customer or an acquisition transition. Perhaps using the V5 as a baseline shelter.

# Road Ahead

- Need to determine the production order in COS so we can get an Estimated Delivery date of equipment for integration in Huntsville. May be Jan-Feb 06.
- Funding will be required for any Spiral II or III effort. Need to determine funding source for FOC TOC upgrades.
- System Design Documentation to include layout drawings and connectivity diagrams will be developed for a Spiral III Development.
- All Spiral I and II Integration will take place in Huntsville at the Battle Lab
- A new plan will be developed for Spiral III and where this development will take place.