**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

ARINC ENGINEERING SERVICES, LLC

*Plaintiff,*

v.

UNITED STATES,

*Defendant,*

BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,

*Defendant-Intervenor*

Case No. 07-73C
(Judge Allegra)

Bid Protest

**DEFENDANT-INTERVENOR'S RESPONSE TO THE COURT'S APRIL 23, 2007 ORDER FOR DOCUMENT PRODUCTION**

Defendant-Intervenor BAE Systems Analytical Solutions, Inc. ("BAE Systems") hereby respectfully submits its Response to the Court's Order for further document production in this matter. BAE Systems has performed diligent searches of its hard copy and electronic files and e-mails and has found none of the following:

1. Any documents generated by the Department of Defense (DOD) or any agency thereof requesting BAE Systems to examine integration of the Future Operational Capability-Tactical Operations Center (FOC-TOC) and Space Support Enhancement Toolset (SSET) systems.

2. Any documents reflecting discussions between BAE Systems and DOD (or any DOD component) regarding this subject.

3. Any documents otherwise revealing any work performed by BAE at the DOD's instruction regarding this subject.

Dated: May 11, 2007

Respectfully submitted,

s/ Drew A. Harker
Drew A. Harker
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5022
Fax: (202) 942-5999

*Attorney of Record for BAE Systems Analytical Solutions, Inc.*

*Of Counsel:*

Jill R. Newell*
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

*Admitted only in Virginia; practicing law in the District of Columbia pending approval of application for admission to the D.C. Bar and under the supervision of principals of the firm who are members in good standing of the D.C. Bar.