IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ARINC ENGINEERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,<br><br>Defendant-Intervenor. | No. 07-073<br>(Judge Allegra) |

DEFENDANT'S AND DEFENDANT-INTERVENOR'S JOINT MOTION SEEKING LEAVE OF THE COURT TO FILE RESPONSES TO PLAINTIFF'S MAY 15, 2007 SUPPLEMENTAL BRIEF

The United States and Defendant-intervenor BAE Systems Analytical Solutions, Inc. ("BAE Systems") hereby respectfully submit this joint motion for leave of court to file responses to the supplemental brief filed by plaintiff ARINC Engineering Services, LLC's ("ARINC") on May 15, 2007. By order dated April 23, 2007, the Court required defendant and defendant-intervenor to search for additional documents to supplement the administrative record, and to produce any such documents on or before May 11, 2007. The parties filed any responsive documents on May 11, 2007.

Without seeking leave of the Court, ARINC filed a supplemental brief on May 15, 2007, styled as "Plaintiff's Reply To The Government's and Intervenor's Responses To This Court's

Order Dated April 23, 2007."[1] In this supplemental brief, ARINC mischaracterizes the facts based upon its misreading of the documents provided by the Government. In order to rectify these mischaracterizations, the Government and BAE respectfully request leave of the Court to file a response to ARINC's supplemental brief on or before May 23, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, DC 20530
Telephone: (202) 353-0536
Facsimile: (202) 305-7643

Attorneys for Defendant

Of Counsel:

LTC FRANK A. MARCH
Department of the Army
Contract Appeals Division, Team I
Attn: JALS-KFLD
901 North Stuart Street, Suite 500
Arlington, VA 22203-1837

May 17, 2007

[1] The Court during oral argument on April 23, 2007 suggested that supplemental briefing may be permitted to address any additional documents provided by the Government or BAE, but invited the parties to contact the Court if they wished to file a supplemental brief addressing these documents.

/s/ Drew A. Harker
DREW A. HARKER
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Tel: (202) 942-5022
Fax: (202) 942-5999

May 17, 2007

Attorney for BAE Systems Analytical Solutions, Inc.