# In the United States Court of Federal Claims

**No. 07-73 C**

**ARINC ENGINEERING SERVICES, LLC,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**BAE SYSTEMS ANALYTICAL SOLUTIONS, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Opinion, filed June 7, 2007, denying plaintiff's motion for judgment on the administrative record and granting defendant's cross motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**June 8, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.